UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

COLUMBIA DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

MAR 26 2008

DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 1:08-00002 |
| | ) | |
| v | ) | Judge Echols |
| | ) | |
| | ) | 18 U.S.C. § 241 |
| ERIC IAN BAKER, | ) | 18 U.S.C. § 241 |
| JONATHAN EDWARD STONE, and | ) | 18 U.S.C. § 247(a) |
| MICHAEL COREY GOLDEN | ) | 18 U.S.C. § 844(h)(1) |
| | ) | 18 U.S.C. § 844(i) |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |

# SUPERSEDING INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

### Introduction

1. At times material to this Superseding Indictment:

    A. Defendants: Defendants ERIC IAN BAKER, MICHAEL COREY GOLDEN, and JONATHAN EDWARD STONE were members of a white supremacist group founded by BAKER and sometimes known as "The Aryan Alliance."

    B. Islamic Center: The Islamic Center of Columbia, Tennessee was an organization comprised of member Muslims who worshiped and conducted other religious activities in a building located at 1317 South Main Street in Columbia, Tennessee (hereinafter, the "Islamic Center") that served as a mosque. As such, the Islamic Center had a religious character. The Islamic Center was

used in interstate and foreign commerce and in activities that affected interstate and foreign commerce

## The Conspiracy

2. From on or about February 2, 2008, through on or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER**, **JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN**, did conspire to injure, oppress, threaten, and intimidate members of the Islamic Center of Columbia in Columbia, Tennessee, in the free exercise and enjoyment of a right and privilege secured to such members by the laws of the United States, to wit, the right of all citizens of the United States to have the same right as enjoyed by white citizens to hold and use real property as guaranteed by Title 42, United States Code, Section 1982

3. It was a principal object of the conspiracy for ERIC IAN BAKER, JONATHAN EDWARD STONE, and MICHAEL COREY GOLDEN to oppress, threaten, and intimidate members of specific racial and ethnic groups, that is, Arab-Americans and African-Americans.

4. It was part of the conspiracy that on or about February 2, 2008, ERIC IAN BAKER, JONATHAN EDWARD AND MICHAEL COREY GOLDEN began discussing burning the Islamic Center.

5. It was further part of the conspiracy that on or about February 8, 2008, MICHAEL COREY GOLDEN acquired a can of black spray paint which GOLDEN later provided to ERIC IAN BAKER

6. It was further part of the conspiracy that on or about February 9, 2008, at approximately 3:00 a.m., ERIC IAN BAKER, MICHAEL COREY GOLDEN, and JONATHAN EDWARD STONE agreed that it was the appropriate time to burn the Islamic Center

7. It was further part of the conspiracy that at approximately 4:57 a.m., ERIC IAN BAKER drove MICHAEL COREY GOLDEN and JONATHAN EDWARD STONE to the Kwik Sak at 1800 Carmack Avenue in Columbia, Tennessee.

8. It was further part of the conspiracy that JONATHAN EDWARD STONE entered the Kwik Sak and prepaid five dollars for gasoline.

9. It was further part of the conspiracy that MICHAEL COREY GOLDEN pumped the gasoline into two empty 40 ounce beer bottles.

10. It was further part of the conspiracy that ERIC IAN BAKER provided MICHAEL COREY GOLDEN with rags to insert into the gasoline-filled beer bottles.

11. It was further part of the conspiracy that MICHAEL COREY GOLDEN inserted the rags into the bottles to act as wicks, creating "Molotov cocktail" explosive devices.

12. It was further part of the conspiracy that ERIC IAN BAKER then drove MICHAEL COREY GOLDEN and JONATHAN EDWARD STONE to the Islamic Center

13. It was further part of the conspiracy that JONATHAN EDWARD STONE threw a brick through the glass door of the Islamic Center and opened the door

14. It was further part of the conspiracy that ERIC IAN BAKER, MICHAEL COREY GOLDEN, and JONATHAN EDWARD STONE entered the Islamic Center.

15. It was further part of the conspiracy that MICHAEL COREY GOLDEN and JONATHAN EDWARD STONE ignited the Molotov cocktail explosive devices and hurled them into the Islamic Center, setting the building aflame.

16. It was further part of the conspiracy that inside the Islamic Center, ERIC IAN BAKER directed JONATHAN EDWARD STONE to steal a compact disc player from the building. Stone did steal the compact disc player, and Baker stole the speakers, and Baker and Stone took the compact disc player with them back to their residence at 12A Huston Drive in Columbia, Tennessee.

17. It was further part of the conspiracy that ERIC IAN BAKER used the can of black spray paint provided by MICHAEL COREY GOLDEN to paint swastikas on the exterior of the Islamic Center

Baker also used the spray paint to write "White Power" and "We run the wold" [sic] on the exterior of the Islamic Center.

All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

1    The allegations of paragraph 1 are hereby realleged and incorporated herein.

2    On or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER, JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN**, aided and abetted by each other and by others known and unknown to the Grand Jury, did in and affecting interstate commerce intentionally deface, damage, and destroy religious real property, to wit, the Islamic Center, because of the religious character of that property, and did attempt to do the same.

In violation of Title 18, United States Code, Sections 247 and 2.

## COUNT THREE

1 The allegations of paragraph 1 of Count One are hereby realleged and incorporated as if fully set forth herein.

2 On or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER**, **JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN**, aided and abetted by each other and by others known and unknown to the Grand Jury, did and did attempt to maliciously damage and destroy, by mean of fire and an explosive, a building used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit, the Islamic Center.

 In violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT FOUR

1. The allegations of paragraph 1 of Count One are hereby realleged and incorporated as if fully set forth herein.

2. On or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER**, **JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN**, aided and abetted by each other and by others known and unknown to the Grand Jury, used fire and an explosive to commit felonies which may be prosecuted in a court of the United States, to wit, conspiracy against rights in violation of Title 18, United States Code, Section 241 and damage to religious property in violation of Title 18, United States Code, Section 247.

In violation of Title 18, United States Code, Sections 844(h)(1) and 2.

## COUNT FIVE

1. The allegations of paragraph 1 of Count One are hereby realleged and incorporated as if fully set forth herein.

2. On or about February 9, 2008, in the Middle District of Tennessee, **ERIC IAN BAKER**, **JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN** did knowingly and unlawfully possess firearms as defined by Title 26, United States Code, Section 5845(a), namely destructive devices, as defined by Title 26, United States Code, Section 5845(f), which firearms were not registered to **ERIC IAN BAKER**, **JONATHAN EDWARD STONE**, and **MICHAEL COREY GOLDEN** in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841(a).

In violation of Title 26, United States Code, Section 5761(d) and 5871, and Title 18, United States Code, Section 2

A TRUE BILL

FOREPERSON

_Edward M. Yarbrough_
EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

_Harold B. McDonough_
HAROLD B. McDONOUGH, JR.
ASSISTANT UNITED STATES ATTORNEY