UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-00002 |
| | ) | JUDGE ECHOLS |
| MICHAEL COREY GOLDEN | ) | |

**POSITION OF THE DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

Comes now the Defendant, MICHAEL COREY GOLDEN, by and through counsel, and states that he has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained therein.

Respectfully submitted,

/s Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been e-mailed through the Court's electronic filing system to Hal McDonough, Assistant United States Attorney; and Amanda Winfree, U.S. Probation Officer, on this 5th day of March, 2009.

/s Michael J. Flanagan
Michael J. Flanagan

1