UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:08-00002 |
| | ) | JUDGE ECHOLS |
| ERIC IAN BAKER | ) | |

## POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

COMES NOW the United States of America by and through Assistant United States Attorney Harold B. McDonough, Jr. and states it has no objection to the facts contained in the Presentence Investigation Report or to the guideline calculations contained in the report dated November 9, 2009.

Respectfully submitted,

EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

BY:    s/Harold B. McDonough, Jr.
        HAROLD B. McDONOUGH, JR.
        Assistant United States Attorney
        Suite A-961
        110 9th Avenue, South
        Nashville, TN 37203-3870
        Phone: (615) 736-5151

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors was sent via the Court's electronic filing system to the following:

Rayburn McGowan, Jr.
42 Rutledge Street
Nashville, TN 37210

and via internal courthouse mail to:

Amanda G. Winfree
U. S. Probation Officer
110 9th Avenue South – Suite A-725
Nashville, TN 37203-3899

this 24th day of November, 2009.

                                                s/Harold B. McDonough, Jr.
                                                HAROLD B. McDONOUGH, JR.
                                                Assistant United States Attorney